

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2020

No. 04-20-00418-CV

**IN THE MATTER OF N.G.W.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2018JUV01204
Honorable Carlos Quezada Jr., Judge Presiding

## O R D E R

The reporter's record in this appeal was originally due September 18, 2020; however, the court has granted court reporter Julie Winston an extension of time until October 19, 2020 to file the record. The record has not been filed.

We **order** Julie Winston to file the record by November 9, 2020. The reporter is advised that the court will not grant a further extension of time unless she files a motion, before the date the record is due, that (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court